E. Richard Dressel, Esquire (ED 1793)
Lex Nova Law
Eizen, Goldstein, Roderick, Skinner, Spirgel, Dressel
Commerce Center 1810 Chapel Avenue West, Suite 200
Cherry Hill, NJ 08002
Telephone:  (856)382-8211
rdressel@lexnovalaw.com
*Attorneys for defendant/creditor S.B*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| THE DIOCESE OF CAMDEN, NJ, | : | |
| | : | Bankr. No. 20-21257(JNP) |
| Debtor | : | Judge: Jerrold N. Poslusny, Jr. |
| | : | |
| Creditor SB | : | |
| vs | : | Adv. Pro. No. 21- |
| The Diocese of Camden, NJ | : | |

**COMPLAINT FOR ENTRY OF JUDGMENT AND DETERMINATION OF NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §523(a)(6)**

Creditor  S.B. ("Plaintiff' or "SB"), by and through his counsel, by way of complaint against debtor the Diocese of Camden ("Defendant" or "Diocese") seeks the entry of an order determining the debt of the Diocese arising from S.B.'s prosecution  of claims against Diocese as  set forth in the state court action filed in the

Superior Court of New Jersey - Camden County proceeding under the captioned <u>S.B. v Roman Catholic Archdiocese of Philadelphia, et al.</u>, docket no. CAM-L- 002276-20 to be nondischrgeable within the meaning of Section 523(a)(6) of the Bankruptcy Code, 11 USCS § 523(a)(6) and hereby states and alleges as follows:

## PARTIES AND RELATED ENTITIES

1. Creditor S.B. is plaintiff in the action initiated in the Superior Court of New Jersey - Camden County proceeding under the captioned <u>S.B. v Roman Catholic Archdiocese of Philadelphia, et al.</u>, docket no. CAM-L-002276-20.

2. Debtor the Diocese of Camden, New Jersey is a New Jersey not for profit religious corporation with its principal place of business at 631 Market Street, Camden, New Jersey 08102, the Chapter 11 debtor and debtor-in-possession in the underlying bankruptcy proceeding, and a named defendant in the action initiated in the Superior Court of New Jersey - Camden County proceeding under the captioned <u>S.B. v Roman Catholic Archdiocese of Philadelphia, et al.</u>, docket no. CAM-L-002276-20.

## JURISDICTION AND VENUE

3. Creditor S.B. incorporates by reference the previous paragraphs of the Complaint as if set forth fully hereto.

4. This Court has jurisdiction over the parties and the subject matter of this

proceeding pursuant to Sections 157 and 1334(b) of Title 28 of the United States Code.

5. This matter is a core proceeding within the meaning of Section 157(b) of Title 28 of the United States Code.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a).

7. This Court may provide declaratory and injunctive relief pursuant to 28 U.S.C.S. §§ 2201 and 2202, 11 U.S.C.S. § 105(a), and Federal Rule of Bankruptcy Procedure 7065.

8. Venue of this action in the District of New Jersey is proper pursuant to Sections 1408 and 1409 of Title 28 of the United States Code.

### COUNT I
**[Declaratory Relief Confirming Debt Is Not Dischargeable Pursuant To 11 U.S.C.S. 523(a)(6)]**

9. On July 2, 2020, S.B., a New Jersey resident, initiated an action in the Superior Court Of New Jersey - Camden County against Roman Catholic Archdiocese of Philadelphia and debtor the Diocese of Camden, New Jersey arising from clergy abuse.

10. Creditor S.B.'s state court Complaint sets forth causes of action against Roman Catholic Archdiocese of Philadelphia and debtor the Diocese of Camden, New

Jersey sounding in: **(1)** Violation Of New Jersey Child Sexual Abuse Act, N.J.S.A. § 2A:61B-1 Private Right Of Action Against A Passive Abuser; **(2)** Negligent Hiring and Retention; **(3)** Negligent Supervision; **(4)** Failure To Protect and Safeguard; **(5)** Intentional Infliction of Emotional Distress; **(6)** Negligent Infliction of Emotional Distress; **(7)** Negligence Per Se – Violation of N.J. Stat. § 9:6-8.10; **(8)** Negligence – Vicarious Liability; **(9)** Intentional Infliction of Emotional Distress – Vicarious Liability; **(10)** Negligent Infliction of Emotional Distress – Vicarious Liability; **(11)** Battery – Vicarious Liability; **(12)** False Imprisonment – Vicarious Liability; and **(13)** Civil Conspiracy [see defendant/creditor S.B.'s Complaint filed July 2, 2020, in the Superior Court Of New Jersey - Camden County attached hereto and marked Exhibit 1].

11. The causes of action set forth in S.B.'s state court action initiated against the Diocese assert that the Diocese is directly and vicariously liable to the creditor S.B.

12. The causes of action set forth in creditor S.B.'s state court action initiated against debtor the Diocese of Camden, New Jersey assert that the compensable harms and losses suffered by creditor S.B. arose as direct and proximate result of the willful and malicious actions of the Diocese.

13. The causes of action set forth in creditor S.B.'s state court action initiated

against debtor the Diocese assert claims for compensatory and punitive damages.

14. This Court has the power, pursuant to 11 U.S.C.S. § 105(a), to issue any order, process or judgment that is necessary or appropriate to carry out the provisions of the Bankruptcy Code.

15. Section 523(a)(6) of the Bankruptcy Code prohibits the discharge of a debt arising from injury caused by the willful and malicious actions of a debtor.

16. SB's claims against the Diocese as a result of the conduct of the Dioces as set forth in the action initiated in the Superior Court of New Jersey - Camden County proceeding under the caption <u>S.B. v Roman Catholic Archdiocese of Philadelphia, et al.</u>, docket no. CAM-L-002276-20 and incorporated herein constitute non-dischargeable claim(s) within the meaning of Section 523(a)(6), of the Bankruptcy Code, 11 USCS § 523(a)(6).

16. Declaring that SB's claims against the Diocese as set forth the action initiated in the Superior Court of New Jersey - Camden County proceeding under the captioned <u>S.B. v Roman Catholic Archdiocese of Philadelphia, et al.</u>, docket no. CAM-L-002276-20 is/are non-dischargeable is consistent with the purposes and policies of the Section 523(a)(6), of the Bankruptcy Code, 11 USCS § 523(a)(6).

WHEREFORE, the creditor S.B. prays for judgment in his favor and against debtor the Diocese of Camden, New Jersey and the relief which follows:

I. Declaring that SB's claims as set forth in the action initiated in the Superior Court of New Jersey - Camden County proceeding under the captioned <u>S.B. v Roman Catholic Archdiocese of Philadelphia, et al.</u>, docket no. CAM-L-002276-20 be deemed non-dischargeable pursuant to 11 U.S.C. § 523(a)(6);

II. Awarding attorneys' fees and costs against the Diocese of Camden, New Jersey;

III. Granting such other and further relief as the Court deems just, appropriate and equitable.

Respectfully submitted,

By: */s/ E. Richard Dressel*
E. Richard Dressel, Esquire
Lex Nova Law
Commerce Center
1810 Chapel Avenue West, Suite 200
Cherry Hill, NJ 08002
Telephone: (856)382-8211
rdressel@lexnovalaw.com

By: */s/ Steven F. Marino*
Steven F. Marino, Esquire
PA Attorney I.D. No. 53034
MARINO ASSOCIATES
301 Wharton Street
Philadelphia, PA 19147
Telephone: (215) 462-3200
Telecopier: (215) 462-4763
smarino@marinoassociates.net

Dated: January 12, 2021          *Attorneys for Creditor S.B.*